**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JOEL CRUZ-FIGUEROA<br>    **Plaintiff(s)**<br><br>           **v.**<br><br>UNITED STATES OF AMERICA<br>    **Defendant(s)** | **CIVIL NO.** 05-1440(JAG) |

**ORDER**

It has been established that federal prisoners cannot rely on <u>United States v. Booker</u>, —U.S.—, 125 S.Ct. 738, 769 (Jan. 12, 2005) to collaterally attack the sentence imposed. Accordingly, and for the reasons set forth in the decision to deny Cruz-Figueroa's petition for habeas corpus (Docket No. 2), the Court hereby **DENIES** the Motion for Certificate of Appealability (Docket No. 4).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of May, 2005.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge
